NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER D. BAKER
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Christopher.D.Baker@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURA QUINTOR,<br><br>Defendant. | Case No. 2:93-cr-00067-JAD-BNW<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A)<br><br>ECF No. 12 |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant ARTURA QUINTOR. The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

///

///

| | |
|---|---|
| 1 | Accordingly, the United States respectfully requests that the Court dismiss the |
| 2 | indictment and any outstanding warrant against the above-captioned defendant. |
| 3 | DATED: November 4, 2019 |

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

\_\_\_\_//s//\_\_\_\_
CHRISTOPHER D. BAKER
Assistant United States Attorney

IT IS ORDERED that the Government's motion to dismiss the criminal indictment as to Arutra Quintor ECF No. 12 is GRANTED. The warrant issued on 3/10/1993 is QUASHED and the Clerk of Court is directed to CLOSE THIS CASE.

Dated: 11/5/2019

_____
United States District Judge